NEDC Corporate Disclosure Statement pursuant to Fed. R. Civ. P. 7.1

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

DENNIS HANSEN _____, )
  )
  )
  Plaintiff(s),  )
  )
  )
v.  )   CASE NO. 8:16-cv-00405 _____
  )
MENARDS AND MIDWEST MANUFACTURING,  )
  _____,  )
  )
  Defendant(s).  )

## DISCLOSURE OF CORPORATE AFFILIATIONS,
## FINANCIAL INTEREST, AND BUSINESS ENTITY CITIZENSHIP

Pursuant to Federal Rule of Civil Procedure 7.1 and *GMAC Commercial Credit*

*LLC v. Dillard Department Stores, Inc.*, 357 F.3d 827, 828 (8th Cir. 2004), Menard, Inc. _____

(misnamed as Menards)
_____, makes the following disclosures concerning

parent
                    (Party Name)

companies, subsidiaries, partners, limited liability entity members and managers, affiliates, and

similar entities, as well as unincorporated associations or similar entities.

*[INSTRUCTIONS: Check the applicable box or boxes, and fill in any required information.]*

☐   This party is an individual.

☐   This party is a publicly held corporation or other publicly held entity.

☐   This party has parent corporations

         If yes, identify all parent corporations, including grandparent and great-
         grandparent corporations:

NEDC Corporate Disclosure Statement pursuant to Fed. R. Civ. P. 7.1

☐ Ten percent or more of the stock of a party is owned by a publicly held corporation or other publicly held entity.

   If yes, identify all such owners:

☐ Another publicly held corporation or another publicly held entity has a direct financial interest in the outcome of the litigation.

   If yes, identify all corporations or entities and the nature of their interest:

☐ This party is a limited liability company or limited liability partnership.

   If yes, identify each member of the entity and the member's state of citizenship:

☐ This party is an unincorporated association or entity.

   If yes, identify the members of the entity and their states of citizenship:

Additional information:

Date: September 6, 2016

_____
(Signature)

CERTIFICATE OF SERVICE

I hereby certify that on September 6, 2016, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the following: all registered attorneys of record,

and I hereby certify that I have mailed by United States Postal Service the document to the following CM/ECF participants: J. Patrick Ryan, 3544 Center Street, Omaha, NE 68105.

s/ Mary M. Schott