IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| DENNIS HANSEN, | ) | Case No. 8:16-cv-405 |
|---|---|---|
| Plaintiff, | ) | |
| vs. | ) | **ORDER OF DISMISSAL** |
| MENARDS, INC. and MIDWEST MANUFACTURING, | ) | |
| Defendants. | ) | |

THIS matter having come before the Court on the Stipulation for Dismissal of the parties, and the Court, being fully advised in the premises,

ORDERS, ADJUDGES, AND DECREES that the above-captioned matter is hereby dismissed with prejudice, each party to pay its own costs.

DATED this 5th day of January, 2018.

BY THE COURT:


s/ Joseph F. Bataillon
Senior United States District Judge

Prepared and Submitted By:

Rex A. Rezac, #17787
FRASER STRYKER PC LLO
500 Energy Plaza
409 South 17th Street
Omaha, Nebraska 68102-2663
(402) 341-6000
rrezac@fslf.com
ATTORNEYS FOR DEFENDANT